**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR TAGLE,                                )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )          2:14-cv-1204-JAD-GWF
                                             )
NDOC et al.,                                 )          **ORDER**
                                             )
            Defendants.                      )
                                             )
_____ )

**I.      DISCUSSION**

On March 2, 2015, the Court entered a screening order on Plaintiff's amended complaint and dismissed the complaint in its entirety, without prejudice with leave to amend. (ECF No. 19 at 13). The Court directed Plaintiff to file his second amended complaint by April 1, 2015, or the Court would dismiss the case without prejudice. (*Id.* at 13-14). In a previous order, the Court also denied Plaintiff's motion to extend his copy work limit and informed Plaintiff that if his amended complaint survived screening, the Court would consider a motion to extend copy work limit at that time. (ECF No. 14 at 4).

On March 12, 2015, Plaintiff filed a motion for an extension of time to file his second amended complaint. (ECF No. 20). In the motion, Plaintiff states that he needs an extension of time because the NDOC has not extended his copy work limit and he will have to "do it all by hand." (*Id.* at 1, 3). The Court grants Plaintiff's motion for an extension of time to file his second amended complaint. Plaintiff shall file his second amended complaint within 45 days from the date of this order. If Plaintiff does not file his second amended complaint within 45 days from the date of this order, the Court will dismiss this case without prejudice. No further extensions shall be granted without good cause.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for an extension of time (ECF No. 20) is granted.

IT IS FURTHER ORDERED that Plaintiff shall file his second amended complaint, in compliance with this Court's March 2, 2015 screening order, no later than 45 days from the date of this order.

IT IS FURTHER ORDERED that if Plaintiff fails to file a second amended complaint this action will be dismissed without prejudice.

IT IS FURTHER ORDERED that no further extensions to file the second amended complaint shall be given without good cause.

DATED: This 17th day of March, 2015.

_George Foley Jr._
United States Magistrate Judge

2