UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Victor Tagle,

    Plaintiff

v.

NDOC, et al.,

    Defendants

2:14-cv-01204-JAD-GWF

**Order Denying Motion for Copies**

[ECF No. 48]

On March 9, 2016, I screened Tagle's second-amended complaint and dismissed this case without prejudice and without leave to amend, and I instructed Tagle that, if he wishes to pursue the claims in his second-amended complaint, he must commence a new action.[1]

Tagle now requests copies of his original and second-amended complaints at the court's expense.[2] Tagle's original complaint is 28 pages long and his second-amended complaint totals 160 pages.[3] I deny Tagle's motion because the court cannot provide free copies to parties, even plaintiffs proceeding *in forma pauperis*. If Tagle wishes to receive copies of court documents from the court, he may do so at a cost of $.10 per page.[4]

Accordingly, IT IS HEREBY ORDERED that **Tagle's motion for copies [ECF No. 48] is DENIED.**

Dated this 15th day of August 2016.

                                      _____
                                      Jennifer A. Dorsey
                                      United States District Judge

---

[1] ECF No. 46.

[2] ECF No. 48.

[3] ECF Nos. 15, 24.

[4] L.R. IC 1-1(i)(5).